## COBB v. COMMONWEALTH.

(Decided April 19, 1929.)

Bacon R. Moore for movant.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal dismissed, on the authority of Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25, and section 348 of the Criminal Code.

## HORSLEY v. COMMONWEALTH.

(Decided April 19, 1929.)

Moorman, Walls & Beard for movant.

J. W. Cammack, Atty. Gen., and James M. Gilbert, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## KIRTLEY v. COMMONWEALTH.

(Decided April 19, 1929.)

S. W. Tolin for movant.

J. W. Cammack, Atty. Gen., and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for carrying concealed weapons, imposing a fine of $55 and 25 days in jail, and disfranchised for two years.

Appeal denied; judgment affirmed.